**John FATSIS and Indiana Lumbermen's Mutual Insurance Company.**

**No. 50477.**

May 4, 1970.

In re: Evelyn Flores applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 231 So.2d 584.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

BARHAM, J., concurs. R.S. 40:1580 Subsection B as amended by Acts of 1968 charge both the owner and *occupant* not to *use* premises without two means of ingress or egress

234 So.2d 195

**Gay Cooper ROCKHOLD**

v.

**James Albert ROCKHOLD.**

**No. 50481.**

May 4, 1970.

In re: Gay Cooper Rockhold applying for writs of certiorari, prohibition and mandamus.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction.

FOURNET, C. J., and SUMMERS, J., are of the opinion the writ should be granted.

HAMLIN, J., concurs in the denial of the application. It does not appear that the trial judge has abused his discretion. Further, the judgment is elastic and the mother of the child may always apply for a revision of the judgment or order if the welfare of the child is affected.